STATE OF NEW JERSEY v. JOSEPH ZUPPA.

May 19, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIE JONES.

May 19, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN TIMMONS.

May 19, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. EDWARD F. OLIVER.

May 19, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. GILBERT PETERSON.

May 19, 1987.

Petition for certification denied.